PROB 12B
(7/93)

Report Date: June 10, 2008

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 13 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Christopher Todd Smith         Case Number: 2:04CR06004-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 8/3/2004              Type of Supervision:

Original Offense: Possession of a Firearm in     Date Supervision Commenced: 06/06/2008
Furtherance of a Drug Trafficking Crime, 18 U.S.C. §
924 (c) (1) (i)

Original Sentence: Prison - 60 Months; TSR - 36   Date Supervision Expires: 06/05/2011
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17   You shall submit your person, residence, office, or vehicle to a search, conducted by a U.S. probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You shall warn persons with whom you share a residence that the premises may be subject to search.

18   You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

19   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

The proposed modification is needed to assure the judgement is consistent with both Ninth Circuit Court case law and wording of conditions currently used by this Court.

Prob 12B
**Re: Smith, Christopher Todd**
**June 10, 2008**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 10, 2008

Curtis G. Hare
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[x] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

June 13, 2008

Date