PROB 12C
(7/93)

Report Date: June 3, 2010

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 07 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Christopher Todd Smith         Case Number: 2:04CR06004-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 08/03/2004

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924 (c) (1) (i) | |
| Original Sentence: | Prison - 60 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alexander Carl Ekstrom | Date Supervision Commenced: 03/26/2010 |
| Defense Attorney: | Rebecca L. Pennell | Date Supervision Expires: 01/25/2012 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.<br><br>**Supporting Evidence**: Mr. Smith failed to report to the U.S. Probation Office on June 1, 2010, and submit a monthly report per his reporting instructions. |
| 2 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Smith has failed to appear for a substance abuse evaluation at the U.S. Probation Office contract provider as instructed by the U.S. Probation Officer |

Prob12C
Re: Smith, Christopher Todd
June 3, 2010
Page 2

    3        **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

            **Supporting Evidence**: Mr. Smith failed to report for urine testing on April 8 and 21, 2010. Mr. Smith again failed to submit to urine testing on April 30, 2010, while in the Benton County Jail, at the request of the U.S. probation officer. On or about June 2, 2010, Mr. Smith admitted to having ingested cocaine when arrested on a Washington State DOC warrant.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/03/2010

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

---

**THE COURT ORDERS**

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

6/7/10
Date