PROB 12B
(7/93)

Report Date: February 8, 2011

# United States District Court

### for the

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 08 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Christopher Todd Smith       Case Number: 2:04CR06004-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 8/3/2004            Type of Supervision: Supervised Release

Original Offense: Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924 (c) (1) (i)

Date Supervision Commenced: 3/26/2010

Original Sentence: Prison - 60 Months; TSR - 36 Months

Date Supervision Expires: 1/25/2012

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

15   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

Following the revocation hearing on August 3, 2010, a condition requiring Mr. Smith to be subject to substance abuse testing was not added. Due to the past substance abuse issues, it is requested that this condition now be added.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/08/2011

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

Prob 12B
Re: Smith, Christopher Todd
February 8, 2011
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

2/8/2011
Date