<mark>Case 2:04-cr-06004-RHW    Document 121    Filed 04/01/11</mark>

PROB 12C
(7/93)

Report Date: March 30, 2011

## United States District Court

for the

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 01 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Todd Smith          Case Number: 2:04CR06004-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 8/3/2004

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924 (c) (1) (I) | |
| Original Sentence: | Prison - 60 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Gregory M. Shogren | Date Supervision Commenced: 2/7/2011 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: 5/6/2014 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: On February 25, 2011, Mr. Smith admitted to his Washington State probation officer to using ecstacy. |
| 2 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment. |
| | **Supporting Evidence**: On March 29, 2011, this officer contact Mr. Smith's listed residence and was informed by his grandmother that Mr. Smith had not been at the residence for several weeks. She had no knowledge as to his current whereabouts. |
| 3 | **Special Condition # 14**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. |

Prob12C
Re: Smith, Christopher Todd
March 30, 2011
Page 2

You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On March 28, 2011, Mr. Smith failed to appear for his scheduled substance abuse intake appointment.

4  **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Smith failed to appear for urine drug tests on March 9, 2011; March 14, 2011; and March 18, 2011.

5  **Standard Condition # 6**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.

**Supporting Evidence**: Mr. Smith failed to report to the probation office by March 5, 2011. He subsequently failed to report as promised on March 8, 2011.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 3/30/2011

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

4/1/11
Date